UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21-30058 |
| Plaintiff, | REDACTED INDICTMENT |
| vs. | AGGRAVATED SEXUAL ABUSE OF A MINOR, ASSAULT WITH A DANGEROUS WEAPON AGAINST A MINOR, SEXUAL ABUSE OF A MINOR, SEX OFFENSE AGAINST A MINOR WHILE REQUIRED TO REGISTER AS A SEX OFFENDER, COMMISSION OF A CRIME OF VIOLENCE WHILE FAILING TO REGISTER AS A SEX OFFENDER, and FAILURE TO REGISTER AS A SEX OFFENDER |
| ALTON BEAR HEELS, a/k/a Alton Bear Heels, Jr., | |
| Defendant. | |
| | 18 U.S.C. §§ 1153, 113(a)(3), 2241(a), 2241(c), 2243(a), 2246(2), 2250(a), 2250(d), 2260A, and 3559(f) |

The Grand Jury charges:

COUNT I

On or about the 5th day of April, 2021, in Todd County, in Indian country, in the District of South Dakota, the defendant, Alton Bear Heels, a/k/a Alton Bear Heels, Jr., an Indian, did knowingly engage in, and attempt to engage in, a sexual act with [Name Redacted], a person who had attained the age of 12 years but had not attained the age of 16 years and was at least 4 years younger than Alton Bear Heels, a/k/a Alton Bear Heels, Jr., by the use of force and by threatening that [Name Redacted] would be subjected to death and serious bodily injury, in violation of 18 U.S.C. §§ 1153, 2241(a), 2241(c), and 2246(2).

## COUNT II

On or about the 5th day of April, 2021, in Todd County, in the District of South Dakota, the defendant, Alton Bear Heels, a/k/a Alton Bear Heels, Jr., an individual required by Federal, State, Tribal and other law to register as a sex offender, committed a sex offense involving a minor, that is, Aggravated Sexual Abuse of a Minor, as alleged in Count I, in violation of 18 U.S.C. § 2260A.

## COUNT III

On or about the 5th day of April, 2021, in Todd County, in the District of South Dakota, the defendant, Alton Bear Heels, a/k/a Alton Bear Heels, Jr., having failed to register as a sex offender, in violation of 18 U.S.C. § 2250(a), committed the crime of Aggravated Sexual Abuse of a Minor, as alleged in Count I, a crime of violence under federal law, in violation of 18 U.S.C. § 2250(d).

## COUNT IV

On or about the 4th day of April, 2021, in Todd County, in Indian country, in the District of South Dakota, the defendant, Alton Bear Heels, a/k/a Alton Bear Heels, Jr., an Indian, did knowingly engage in, and attempt to engage in, a sexual act with [Name Redacted], a person who had attained the age of 12 years but had not attained the age of 16 years and was at least 4 years younger than Alton Bear Heels, a/k/a Alton Bear Heels, Jr., by the use of force and by threatening that [Name Redacted] would be subjected to death and serious bodily injury, in violation of 18 U.S.C. §§ 1153, 2241(a), 2241(c), and 2246(2).

## COUNT V

On or about the 4th day of April, 2021, in Todd County, in the District of South Dakota, the defendant, Alton Bear Heels, a/k/a Alton Bear Heels, Jr., an

individual required by Federal, State, Tribal and other law to register as a sex offender, committed a sex offense involving a minor, that is, Aggravated Sexual Abuse of a Minor, as alleged in Count IV, in violation of 18 U.S.C. § 2260A.

## COUNT VI

On or about the 4th day of April, 2021, in Todd County, in the District of South Dakota, the defendant, Alton Bear Heels, a/k/a Alton Bear Heels, Jr., having failed to register as a sex offender, in violation of 18 U.S.C. § 2250(a), committed the crime of Aggravated Sexual Abuse of a Minor, as alleged in Count IV, a crime of violence under federal law, in violation of 18 U.S.C. § 2250(d).

## COUNT VII

On or about between the 3rd day of April, 2021, and the 5th day of April, 2021, in Todd County, in Indian country, in the District of South Dakota, the defendant, Alton Bear Heels, a/k/a Alton Bear Heels, Jr., an Indian, did unlawfully assault [Name Redacted], a person who had not attained the age of 18 years, with a dangerous weapon, that is, a metal bar, a knife, a collapsible baton, and a bat, with the intent to do bodily harm to [Name Redacted], in violation of 18 U.S.C. §§ 1153, 113(a)(3), and 3559(f).

## COUNT VIII

On or about between the 3rd day of April, 2021, and the 5th day of April, 2021, in Todd County, in the District of South Dakota, the defendant, Alton Bear Heels, a/k/a Alton Bear Heels, Jr., having failed to register as a sex offender, in violation of 18 U.S.C. § 2250(a), committed the crime of Assault With a Dangerous Weapon Against a Minor, as alleged in Count VII, a crime of violence under federal law, in violation of 18 U.S.C. § 2250(d).

## COUNT IX

On or about the 2nd day of April, 2021, in Todd County, in Indian country, in the District of South Dakota, the defendant, Alton Bear Heels, a/k/a Alton Bear Heels, Jr., an Indian, did knowingly engage in, and attempt to engage in, a sexual act with [Name Redacted], a person who had attained the age of 12 years but had not attained the age of 16 years and was at least 4 years younger than Alton Bear Heels, a/k/a Alton Bear Heels, Jr., in violation of 18 U.S.C. §§ 1153, 2243(a), and 2246(2).

## COUNT X

On or about the 2nd day of April, 2021, in Todd County, in the District of South Dakota, the defendant, Alton Bear Heels, a/k/a Alton Bear Heels, Jr., an individual required by Federal, State, Tribal and other law to register as a sex offender, committed a sex offense involving a minor, that is, Sexual Abuse of a Minor, as alleged in Count IX; in violation of 18 U.S.C. § 2260A.

## COUNT XI

On or about between the 1st day of March, 2021, and the 6th day of April, 2021, in Todd County, in the District of South Dakota, the defendant, Alton Bear Heels, a/k/a Alton Bear Heels, Jr., a person required to register under the Sex Offender Registration and Notification Act, and a sex offender by reason of a conviction under Indian tribal law, and having resided in Indian country, did knowingly fail to register and update his registration, in violation of 18 U.S.C. § 2250(a).

A TRUE BILL:

**NAME REDACTED**

_____

Foreperson

DENNIS R. HOLMES
Acting United States Attorney

By: _____